FILED

2026 Jun-22  AM 10:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| | ] | |
| **v.** | ] | **2:26-cr-57-ACA-SCG** |
| | ] | |
| **JORGE ALEXIS CAMPOS-DOLORES,** | ] | |
| | ] | |
| **Defendant.** | ] | |

## ORDER

Defendant **Jorge Alexis Campos-Dolores** has entered pleas of guilty to Count One of the indictment. On May 13, 2026, the magistrate judge entered a report recommending that the court accept the guilty plea. (Doc. 32). Mr. Campos-Dolores has not objected to the report and recommendation. Accordingly, the court **ACCEPTS** the report, **ADOPTS** the recommendation, and **ACCEPTS** the plea.

The court will set a date for sentencing in a separate order.

**DONE** and **ORDERED** this June 22, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE